Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 14–24411
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
  Victor Marcelleus Goodwin
  8162 Ripple Ridge Dr
  Darien, IL 60561

  Levita Lenise Kent– Goodwin
  aka Levita L Goodwin, aka Levita Lenise Goodwin, ...
  8162 Ripple Ridge Dr
  Darien, IL 60561

Social Security / Individual Taxpayer ID No.:
  xxx–xx–5173               xxx–xx–4943

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 10, 2018

                                    FOR THE COURT

Dated: September 11, 2018           Jeffrey P. Allsteadt , Clerk
                                    United States Bankruptcy Court